So in this course you learn the analytical purpose of narcissism, you use the evaluation just to increase perceived emotional and emotional successor niche behavior. And your pure emotional development means a firm consideration such as decision to have a deaf child. And it's like a huge social group in this case. The IJ, or immigration strategy, found that the discriminating message met her burdens so that it was found in fear of harm to her country at least before. The other issue was the fact that it was no clue just to record the signs and the states of sexual abuse within a relationship. And then finally, the IJ, in comparing that to its very own fails and to the burden of finding a relocation within the country, actually decreased the very extreme sexual abuse within a relationship within a society or a community. It's no argument on that fact, as a matter of fact, that the IJ could create any pain. The abuse of the system was severe. So it's not going to help you argue a thing. The fork in the road for this decision was the deletion point, or at least the filing deletion point. And it's understandable because in order to fill with holdup, removal, or conventional torture, wherein the agreement should be turned false and the agreement abused, there are issues that need to be resolved. These issues, as long as it's not dictated by the government, isn't required. But it is important to know how you establish that the government has failed to meet your dream. Well, it's a system. So maybe the IJ should go a little further back on how you're taking it, and for you to put it down at that. It was demonstrated to the extent it worked to have the two accessibility technologies to secure you. And the IJ would really have that, with a lot of gaps, but it's just great. And it's also great through a piece of a lottery of serious laws where whether you don't follow those standards or you don't follow each other. My experience of this effort, I think, is that there seems to be a reality that we should codify such implicit limits that we serve are not as legal as what's being done. And I have other cases where, as we are on the focus that there are laws to protect people, but they're not enforced. And I think that if you're talking about a group Yes, sure. Thank you. That's a great question. I agree with Janet. I think it's a great question. Of course, I'm not interested in that. You know, that's exactly where we are. And I appreciate that. And the analogy for me is, in North Korea, there's laws about serious action. But these are the laws. But this report, because it's a report that indicates that the experts that we don't know about in South Korea have been among the leaders of sedition and torture, of marginalizing women. And the fact is, the report indicates that in some of the laws, the experts have been unsuccessful and unsupporting. So you can see to this case, it's just from North Korea. All right. Over to you. Thank you. I don't know if you have anything to add about how the case is covering this. Yes. So my question to the committee is, you know, we've said for a couple of hours that we are going to have a lot of panels and a lot of questions on the page, and we're going to get into a lot of interesting questions. And it's really interesting to hear a lot of questions. So I have a question to be clear about. One of the things that's very interesting is that you don't specifically cover the actual human rights issue. But it usually is a curiosity in there, and there's a burden here to demonstrate that the government is at risk to harm It's a tremendous burden, as well as my colleague, which I'm not an expert, but it's a big burden. So I'm curious to know what you can add in terms of clarity and consistency. Well, I think we've been waiting and just as we've been working hard since June, we've had a very good meeting in the region. I think also the United States Senate and then also the United States agency have an interesting role in seeking to report, seeking to prove, and this is what's wrong. I don't think our case law is very clear. If you're reporting or not reporting, there's a problem to enter. The case law in itself is probably a necessary thing to try to do. It's a self-threatening thing to do. And it's one of the reasons we've not been able to reach a clear record. And it's a clear record, but it's selfless. I don't think we have a requirement to be more specific on the implications of the law. I think that it needs to be taken into account because how you are to sexually abuse and to operate in a very internal context is not a conversation that should be in the United States Senate. So I think that's very important. Well, I don't have any data on the existence of any justice system. And even if it holds in a very local case, I think that's a very important fact that you're trying to make sense of. So I think it's really important. And I think it is. And I think it's really important to make sure that we get to the bottom of it. But I think the fact is that these are transnational countries that have come out of a war with the use of memory. Their law enforcement and the ability to protect women is far short of this. And it costs us having this record. You know, if you were in a chamber and you wanted to report it, it's under the laws, it's under the employment system. A woman who's been trying to challenge rape will have space to stand up and speak up to these people and encourage them as informers that are essentially behind it and sell you for five or ten dollars and have you jailed. And then it gets to the heart of the whole issue that we're talking about here. And I think for some, and I hope you guys get to know about this, but I want to make sure you get a chance to see what you can say about it. And I think it's just a matter of seeing if you look at the report and you can see that there's a report where we have a person who told you that her ancestors were strangled and killed  And you can say, well, that's a very good message and that's a very good message And she's been activated for, and to obtain physicians that are feedback policies that are not supposed to be expedited and shared and how that can disrupt some level of the person's behavior. And I just want you to see that so much lies. And because of that, there are 42 times I've hired all the transit to support bureau buy positions. And partly how it happened to you because your clients basically it's people who are bringers. So, you see, I think that's the change that needs to happen. Yes, that's right. And one last thing, I'm sure many people worry about is you hire people who don't work for transit. And, and I think we're just for a moment talking about the education version because there's a a a a a a a a a a a a a a   a a a a a c d
judges: W. Fletcher, Christen, Friedland